UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:05-00196 |
| | ) | JUDGE CAMPBELL |
| RONALD OZEALA LOVE, JR. | ) | |

ORDER

Pending before the Court is a Motion to Re-Schedule Revocation Hearing (Docket No. 167). The Motion is GRANTED.

The hearing on the Superseding Petition (Docket No. 157) alleging violations of Defendant's Conditions of Supervision is RESCHEDULED for November 23, 2016, at 10:30 a.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE