UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| **vs.** ) | CASE NO. 3:05-00196-1 |
| ) | JUDGE KEVIN H. SHARP |
| **RONALD OZEALA LOVE, JR.** ) | |

## O R D E R

The Defendant shall appear before the Court on **Wednesday, November 23, 2016, at 10:00 a.m.** to show cause why his supervised release should not be revoked for his failure to abide by the conditions of supervision.

IT IS SO ORDERED.

*Kevin H. Sharp*
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE